UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-60102-WJZ

UNITED STATES OF AMERICA,

        Plaintiff,
vs.

HANI SOBHI ALSHAIKH,

        Defendants.
_____/

## NOTICE OF TEMPORARY APPEARANCE

    COMES NOW, the JONATHAN S. FRIEDMAN, ESQ., P.A., and files this Temporary Appearance as Attorney of Record for the Defendant, HANI SOBHI ALSHAIKH.

    Respectfully submitted by,

JONATHAN S. FRIEDMAN, P.A.
ATTORNEY FOR DEFENDANT
ONE EAST BROWARD BLVD.
SUITE 925
WELLS FARGO BANK TOWER
FORT LAUDERDALE, FLORIDA 33301
TELEPHONE: (954) 522-7000
FACSIMILE: (954) 522-7008

/s/ *Jonathan S. Friedman*
JONATHAN S. FRIEDMAN, ESQ.
FLORIDA BAR NUMBER: 973297

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 27, 2015, the undersigned attorney electronically filed the foregoing document with the Clerk of the Court, United States Attorney Office for the Southern District of Florida and other counsel of record, if any, using CM/ECF and has served same via U.S. Mail to those counsel(s) or individuals, if any, who are not authorized to receive electronically Notice of Electronic Filing.

/s/ Jonathan S. Friedman
JONATHAN S. FRIEDMAN, ESQ.