UNITED STATES DISTRICT COURT FOR SOUTHERN DISTRICT OF FLORIDA **COURT MINUTES**

U.S. MAGISTRATE JUDGE ALICIA O. VALLE - FORT LAUDERDALE, FLORIDA ROOM 110

DEFT: HANI SOBHI ALSHAIKH (J)#          CASE NO: 15-60102-CR-ZLOCH/HUNT
AUSA: ALICIA SHICK (C. STEINBERG)       ATTY:
USPO:                                    VIOL: 18:USC 371

PROCEEDING: INITIAL APPEARANCE          RECOMMENDED BOND:

BOND/PTD HEARING HELD (yes) no          COUNSEL APPOINTED:
BOND SET @: $100,000 PSB                To be cosigned by:

- [ ] All standard conditions
- [ ] Do not encumber property.
- [x] Surrender and / or do not obtain passports / travel documents.
- [x] Rpt to PTS as directed / or _ x's a week/month by phone; _ x's a week/month in person.
- [ ] Random urine testing by Pretrial Services. Treatment as deemed necessary.
- [x] Maintain or seek full-time employment.
- [x] No contact with victims / witnesses.
- [x] No firearms.
- [ ] Curfew/Electronic Monitoring:
- [x] Travel extended to: SD/FL, MASS, RHODE ISLAND
- [ ] Other:

Notes:
- Advised of charges.
- FPD already assigned to Co-Deft.
- Atty Robert Sharon standing in for Jonathan Friedman.
- Court accepts stipulated bond.

NEXT COURT APPEARANCE:          DATE:           TIME:           JUDGE:          PLACE:
REPORT RE COUNSEL:              JUNE 11, 2015 AT 11:00 AM  DUTY
PTD/BOND HEARING:
PRELIM/ARRAIGN OR REMOVAL:      JUNE 11, 2015 AT 11:00 AM  DUTY
STATUS CONFERENCE:

DATE: 5/27/2015   TIME: 10:00 AM   FTL/TAPE#/AOV-   Begin DAR: 12:22:02

{10 MINS}