UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 15-60102-CR-ZLOCH

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

HANI SOBHI ALSHAIKH,

        Defendant.
_____/

## MOTION TO MODIFY CONDITIONS OF BOND

COMES NOW, the Defendant HANI SOBHI ALSHAIKH, by and through his undersigned attorney and respectfully requests this Honorable Court to enter an order modifying the conditions of bond in the above styled case to allow the Defendant to reside in Massachusetts for work related purposes and as grounds would state the following:

1. The Defendant was Indicted on May 19, 2015 in the above styled case with Count I: Conspiracy to Commit Forgery and Theft of Public Money in violation of 18 USC § 371 and Counts II-III: Theft o Public Money, in violation of 18 USC § 641. [DE 1].

2. That on May 27, 2015, the Defendant appeared for his initial appearance before this Honorable Court at which time the parties stipulated to a $100,000.00 personal surety bond. [DE 16]. The Defendant had been cooperating with the government prior to the Indictment being filed in this matter.

3. That the Defendant resides in Coral Springs, Florida. His current address is 10664 N.W. 36th Street, Coral Springs, Florida 33065. At the present time, however, the Defendant is temporarily residing in Massachusetts because he recently purchased a convenience store there. The Defendant is in the process of opening the store, including organizing and hiring employees to ultimately run the store. The Defendant anticipates that this process may take up to 6 to 8

months. The convenience store is located at 84 Border Street, Whitinsville, Massachusetts 01588. The Defendant is currently renting an apartment near his convenience store. The address of the apartment he is renting is 87 East Street, Whitinsville, Massachusetts 01588. The government is aware of his current living/work arrangement as well.

    4.  The Defendant has been permitted to travel to and from the Southern District of Florida, the District of Massachusetts and the District of Rhode Island for work related purposes.

    5.  The undersigned attorney received a call yesterday from Don Lesmeister from PreTrial Services who advised that they were under the impression that the Defendant was currently residing in Coral Springs, Florida and would be going to Massachusetts for work related purposes but only for only a short period of time and then returning.

    6.  So that the Defendant can be properly supervised in Massachusetts while on pretrial release; since that is where he will be residing for a longer period of time than what was originally believed, the Defendant is requesting that his bond conditions be modified to allow him to reside in the State of Massachusetts and be supervised by pretrial release in the District of Massachusetts.

    7.  The undersigned attorney has contacted Alicia Shick, Assistant United States Attorney handling this matter for the government and she has no objection to this modification request.

WHEREFORE, the Defendant, HANI SOBHI ALSHAIKH, respectfully requests this Honorable Court to modify the conditions of bond to allow the Defendant to reside in Massachusetts for work related purposes.

    Respectfully submitted by,

JONATHAN S. FRIEDMAN, P.A.
ATTORNEY FOR HANI SOBHI ALSHAIKH
ONE EAST BROWARD BLVD.
SUITE 925
WELLS FARGO BANK TOWER
FORT LAUDERDALE, FLORIDA 33301
TELEPHONE: (954) 713-2820
FACSIMILE: (954) 713-2894

/S/ Jonathan S. Friedman_____
JONATHAN S. FRIEDMAN, ESQ.
FLORIDA BAR NUMBER: 973297

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 3, 2015, the undersigned attorney electronically filed the foregoing document with the Clerk of the Court, AUSA, United States Attorney Office- Southern District of Florida, and other counsel of record, if any, using CM/ECF and has served same via U.S. Mail to those counsel(s) or individuals, if any, who are not authorized to receive electronically Notice of Electronic Filing.

/S/ Jonathan S. Friedman_____
JONATHAN S. FRIEDMAN, ESQ.