## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

**Case No. 15-CR-60102-ZLOCH**

UNITED STATES OF AMERICA

v.

HANI SOBHI ALSHAIKH,

      Defendant.

_____/

### ORDER GRANTING
### UNOPPOSED MOTION TO MODIFY CONDITIONS OF BOND

THIS MATTER is before the Court on Defendant Hani Sobhi Alshaikh's Motion to Modify Conditions of Bond ("Motion") (ECF No. 29).  The Government does not oppose the Motion. *Id.* at 2.  The Court has reviewed the unopposed Motion, consulted with the Pretrial Services office, and is otherwise duly advised in the premises.

Accordingly, it is hereby **ORDERED and ADJUDGED** that Defendant's Motion to Modify Conditions of Bond is **GRANTED**.  Defendant may reside in the State of Massachusetts to the extent necessary to manage his convenience store.  Defendant's supervision is transferred from the Southern District of Florida to the District of Massachusetts.  All other terms and conditions of Defendant's bond remain unchanged.  *See* (ECF No. 17).

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, on June 4, 2015.

_____
ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE

cc:     Pretrial Services
        U.S. Marshals Service
        All counsel of record