IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-60102-CR-WJZ

UNITED STATES OF AMERICA,

vs.

HANI SOBHI ALSHAIKH,

    Defendant.
_____/

## WAIVER OF APPEARANCE AT ARRAIGNMENT

The Defendant, HANI SOBHI ALSHAIKH, hereby files this Waiver of Appearance at Arraignment pursuant to Rule 10(b), Federal Rules of Criminal Procedure and states:

1. I hereby affirm that I have received and reviewed a copy of the Indictment [DE 1] filed in this case and that my plea in this case is not guilty.

2. I hereby waive my right to appear at my arraignment on the Indictment scheduled for Thursday, June 11, 2015.

_____
HANI SOBHI ALSHAIKH

Respectfully submitted by,

JONATHAN S. FRIEDMAN, P.A.
ATTY. FOR HANI SOBHI ALSHAIKH
ONE EAST BROWARD BLVD.
SUITE 925
WELLS FARGO BANK TOWER
FORT LAUDERDALE, FLORIDA 33301
TELEPHONE: (954) 713-2820
FACSIMILE: (954) 713-2894

/S/ Jonathan S. Friedman
JONATHAN S. FRIEDMAN, ESQ.
FLORIDA BAR NUMBER: 0973297

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 10th, 2015, the undersigned attorney electronically filed the foregoing document with the Clerk of the Court, United States Attorney's Office, and other counsel of record, if any, using CM/ECF and has served same via U.S. Mail to those counsel(s) or individuals, if any, who are not authorized to receive electronically Notice of Electronic Filing.

/S/ Jonathan S. Friedman
JONATHAN S. FRIEDMAN, ESQ.